UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 12  3 06 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND<br><br>Plaintiffs<br>vs.<br><br>JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP<br><br>Defendant | Civil Action No. 3:02-CV-1826 (JBA)<br><br><br><br>November 10, 2003 |

## WITHDRAWAL OF PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

The Plaintiffs in the above-captioned matter hereby withdraw the Petition for Examination of Judgment Debtor, without prejudice, as the parties have reached a settlement agreement that mandates monthly payments over time.

THE PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873

## CERTIFICATION

I hereby certify that a copy of the foregoing Withdrawal of Petition for Examination of Judgment Debtor has been mailed, first-class and postage prepaid, this 10th day of November 2003 to the following:

Jeffrey Leibowitz d/b/a/
ORNAMENTAL METALS GROUP
11 Davis Road
Woodbridge, CT 06525

Howard P. Brown, Esq.
8 Lunar Drive
Woodbridge, CT 06525

_____
THOMAS M. BROCKETT

TMB.IRONWORKERS.ORNAMENTAL METALS.2003
Withdrawal of Petition for EJD.11-10-03

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719