UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
AUG 19  1 22 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND | Civil Action No. 3:02-CV-1826 (JBA) |
| Plaintiffs vs. | |
| JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP | August 18, 2003 |
| Defendant | |

### PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

TO THE HONORABLE JANET BOND ARTERTON, UNITED STATES DISTRICT JUDGE:

The undersigned respectfully represents:

1. That the Plaintiffs recovered a Judgment against Jeffrey Leibowitz d/b/a Ornamental Metals Group, a Connecticut corporation with a principal place of business at 11 Davis Road, Woodbridge, Connecticut 06525 in the United States District Court for the District of Connecticut at New Haven on February 10, 2003 for *$4,091.31*.

2. Defendants made a partial payment in the amount of *$250.⁰⁰* on or about February 7, 2003, leaving a balance in the amount of *$3,841.31*.

[handwritten margin note: 11/13/03 — Withdrawn, the matter having been amicably resolved.]

3.  Despite demand correspondence, Defendants have failed and refused to pay any additional amounts.

WHEREFORE, the Plaintiffs request, pursuant to Connecticut General Statutes Sec. 52-397, that the Defendant, as Judgment Debtor, be ordered to appear before this Court or some other judge of the United States District Court or before a committee appointed by you, in said United States District Court, then and there to be examined on oath concerning its property and means of paying the balance of this Judgment.

THE PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
  ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT  06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.:  ct 10873