UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

APPLICATION FOR AND WRIT OF EXECUTION

BANKING INSTITUTION

FILED
MAR 25  1 50 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**APPLICATION**

To the United States District Court for the District of Connecticut at New Haven, **Connecticut, in connection with a judgment therein on** February 10, 2004, **Docket No.** 3:02-CV-1826 (JBA) **Case Name** Trustees of the Iron Workers' Locals 15 and 424 Pension Fund; Trustees of the Iron Workers' Locals 15 and 424 Annuity Fund; Trustees of the Iron Workers' Locals 15 and 424 Extended Benefit Fund; Trustees of the Iron Workers' Locals 15 and 424 Apprentice Training Fund vs. Jeffrey Leibowitz d/b/a Ornamental Metals Group

**NAME OF BANKING INSTITUTION:**

First Union National Bank

| **NAME OF JUDGMENT CREDITOR MAKING APPLICATION:** | **OF (TOWN)** |
|---|---|
| Trustees of the Iron Workers' Locals 15 and 424 Pension Fund, et al | Meriden |
| **NAME OF JUDGMENT DEBTOR:** | **OF (TOWN)** |
| Ornamental Metals Group | Woodbridge |
| 1. AMOUNT OF JUDGMENT: | $4,091.31 |
| 2. AMOUNT OF INTEREST: | 0.00 |
| 3. AMOUNT OF COSTS: | 0.00 |
| 4. TOTAL JUDGMENT, INTEREST AND COSTS: | $4,091.31 |
| 5. TOTAL PAID ON ACCOUNT: | 900.00 |
| 6. TOTAL UNPAID JUDGMENT: | $3,191.31 |

*[signature]*
Thomas M. Brockett
ROBERT M. CHEVERIE & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108
(860) 290-9610

DATED  March 24, 2004