**FILED**

UNITED STATES DISTRICT COURT  2005 FEB -4  A 11: 13
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND | Civil Action No. 3:02-CV-1826 (JBA) |
| Plaintiffs | |
| vs. | |
| JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP | January 10, 2005 |
| Defendant | |

### ORDER FOR EXAMINATION AND NOTICE

TO ANY PROPER OFFICER:

The foregoing application having been presented to the Court, it is

Ordered that Jeffrey Leibowitz d/b/a Ornamental Metals Group at 11 Davis Road, Woodbridge, Connecticut 06525 appear before the undersigned or before Deputy Clerk Victoria Minor _____, ~~Judge of the~~ United States District Court for the District of Connecticut at 141 Church Street Courtroom S, New Haven _____, Connecticut on March 7 _____, 2005 at 9:30 AM/~~PM~~ then and there to be examined under oath concerning its property and means of paying the Judgment described in the Application.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

NOW, THEREFORE, by authority of the United States of America, you are hereby commanded to give notice of the pendency of the application and summon the judgment debtor to appear at the place, date and time set for the examination by serving on him, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing application and of this Order at least __ten (10)__ days before the date of the hearing.

Hereof fail not, but due service and return make.

Dated at __New Hvn__, Connecticut, this __3rd__ day of __February__, 2005.

~~Joan G. Margolis~~ ~~Janet Bond Arterton~~
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE