United States District Court
District of Connecticut
FILED AT NEW HAVEN
_____3/7/05_____ 20
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

TRUSTEES OF THE IRON WORKERS LOCALS 15 ET AL

                            Civil Action No.
                            3:02-CV-1826 (JBA)

**PLAINTIFFS**

vs.

**JEFFREY LEIBOWITZ d/b/a**                March 7, 2005
**ORNAMENTAL METALS GROUP**

**DEFENDANT**

---

### NOTICE OF BANKRUPTCY

Pursuant to the rules of Court, this notice is filed to advice that Ornamental Metals Group has filed for Bankruptcy in the United States Bankruptcy Court, District of Connecticut, case number 04-31809 asd. The case was converted to chapter 7 on 11/20/04 (see exhibit A attached).

                                      THE DEFENDANT

                                        By:_____
                                        Howard P. Brown, Esq.
                                        26 Valley Court
                                        Branford, CT 06405
                                        (203) 483-5006
                                        Bar # CT 20474

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered on March 7, 2005 to all Counsel of record:

Thomas M. Brockett, Esq.
Law Office of Robert M. Cheverie
333 East River Drive
East Hartford, CT 06106

*Howard P. Brown*
Howard P. Brown, Esq.

2

FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (12/03)     Case Number **04-31809 asd**

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor Corporation listed below was originally filed under chapter 11 on 4/16/04 and was converted to a case under chapter 7 on 10/20/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Door Wizard, L.L.C.
dba Ornamental Metals Group, dba O & G Industries, Inc.
P.O. Box 3150
New Haven, CT 06515

| Case Number:* | Taxpayer ID Nos.: |
|---|---|
| 04-31809 asd | 06-1397969 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Peter L. Ressler<br>Groob Ressler & Mulqueen<br>123 York Street, Ste 1B<br>New Haven, CT 06511-0001<br>Telephone number: (203) 777-5741 | Richard M. Coan<br>Telephone number: |

### Meeting of Creditors:

Date: **December 8, 2004**      Time: **10:00 AM**
Location: **Bankruptcy Meeting Room, One Centrury Tower, 265 Church Street, Suite 1104, New Haven, CT 06510-7017**

### Deadlines to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

**FILE PROOFS OF CLAIM WITH THE COURT**

| For all creditors (except a governmental unit): 3/8/05 | Governmental agencies who wish to file a proof of claim should do so within 180 days from the date the Order for Relief was entered. |
|---|---|

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Connecticut Financial Center<br>157 Church Street<br>18th Floor<br>New Haven, CT 06510<br>Telephone number: 203-773-2009<br>NOTE: VCIS 24 hour information Toll Free: 1-800-800-5113 | Clerk of the Bankruptcy Court:<br><br>*Deborah S. Hunt*<br><br>Deborah S. Hunt |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 11/17/04 |

2906