FILED

2005 MAR -4 A 11: 13

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRUSTEES OF THE IRON WORKERS' LOCALS 15
AND 424 PENSION FUND; TRUSTEES OF THE IRON
WORKERS' LOCALS 15 AND 424 ANNUITY FUND;
TRUSTEES OF THE IRON WORKERS' LOCALS 15
AND 424 EXTENDED BENEFIT FUND; TRUSTEES
OF THE IRON WORKERS' LOCALS 15 AND 424
APPRENTICE TRAINING FUND

Civil Action No.
3:02-CV-1826 (JBA)

Plaintiffs

vs.

JEFFREY LEIBOWITZ d/b/a
ORNAMENTAL METALS GROUP

January 10, 2005

Defendant

## ORDER FOR EXAMINATION AND NOTICE

TO ANY PROPER OFFICER:

The foregoing application having been presented to the Court, it is

Ordered that Jeffrey Leibowitz d/b/a Ornamental Metals Group at 11 Davis Road, Woodbridge, Connecticut 06525 appear before the undersigned or before Deputy Clerk Victoria Minor _____, Judge of the United States District Court for the District of Connecticut at New Haven, 141 Church Street, Courtroom 5, Connecticut on March 7, 2005 at 9:30 AM/PM then and there to be examined under oath concerning its property and means of paying the Judgment described in the Application.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

NOW, THEREFORE, by authority of the United States of America, you are hereby commanded to give notice of the pendency of the application and summon the judgment debtor to appear at the place, date and time set for the examination by serving on him, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing application and of this Order at least ___ten (10)___ days before the date of the hearing.

Hereof fail not, but due service and return make.

Dated at __New Hav__, Connecticut, this __3rd__ day of __February__, 2005.

_____
Joan G. Margolis ~~JANET BOND ARTERTON~~
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

STATE OF CONNECTICUT  )                        March 1, 2005
                      ) SS: NEW HAVEN
COUNTY OF NEW HAVEN   )

      Then and there by virtue hereof, and at the special direction of the Plaintiff's Attorney, on February 28, 2005, I left a true and attested copy of the original Order for Examination and Notice with and within the hands of:

JEFFREY LEIBOWITZ D/B/A
ORNAMENTAL METALS GROUP

the within named defendant, whose address is:
39 CLEVELAND ROAD, NEW HAVEN, CT 06515 *[and not 11 DAVIS ROAD, WOODBRIDGE, CT 06525 as ascertained by State Marshal at time of service]*
with my endorsements thereon.

      The within and foregoing is the original Order for Examination and Notice and Certification with my doings hereon endorsed.

Fees:                                    Attest:
Service.............................$30.00
Copies................................2.00
Endorsements..........................80
Mileage..............................3.60         *(signature)*
Total                         $36.40
                                         Susan L. Voigt
                                         State Marshal - New Haven County and Indifferent Person