UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

TRUSTEES OF THE IRON WORKERS LOCALS 15 ET AL

                                                                        Civil Action No.
                                                                        3:02-CV-1826 (JBA)
                          PLAINTIFFS

vs.

JEFFREY LEIBOWITZ d/b/a                                   February 28, 2005
ORNAMENTAL METALS GROUP

                              DEFENDANT

---

## MOTION TO WITHDRAW AS COUNSEL

The undersigned hereby moves for permission to withdraw as counsel for the defendant in connection with the above-captioned matter.

The defendant and the counsel have irreconcilable differences and furthermore the defendant has not complied with its fee agreement with counsel. Counsel has attempted on multiple occasions over the past few months to reach a resolution with the defendant, but to no avail. In addition, Ornamental Metals Group has declared bankruptcy (See Exhibit A attached). As a result, the parties relationship has been irreparably damaged.

This case is not scheduled for trial. The last known address for the Defendant is 39 Cleveland Rd., New Haven, CT 06515

**ORAL ARGUMENT IS NOT REQUESTED**

1

The attorney for the plaintiff has no objection to this motion being granted. The defendant is aware that an Order for Examination and Notice is scheduled for March 7, 2005. The defendant also has no objection to this Motion being granted, as per the attached Affidavit.

Therefore, based on the foregoing, the undersigned respectfully respects the Court's permission to withdraw as counsel for the defendant.

HOWARD P. BROWN, ESQ..

By: *[signature]*
Howard P. Brown, Esq.
26 Valley Court
Branford, CT 06405
(203) 483-5006
CT 20474

**ORDER**

The Motion having been presented to the Court it is hereby ordered:

GRANTED/DENIED

_____
JUDGE/CLERK

**CERTIFICATION**

I hereby certify that a copy of the foregoing was hand-delivered on March 4, 2005 to all parties of record, ie., Door Wizard, LLC., 39 Cleveland Rd., New Haven, CT 06515, Jeffrey Leibowitz, 39 Cleveland Rd, New Haven, CT 06515, and was faxed and mailed to all counsel of record, ie.,Thomas M. Brockett, Esq., Law Office of Robert M. Cheverie, 333 East River Drive, East Hartford, CT 06106.

_/s/ Howard P. Brown_____
Howard P. Brown, Esq.

3

FORM B9D (Chapter 7 Corporation/Partnership Asset Case) (12/03)     Case Number 04-31809 asd

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor Corporation listed below was originally filed under chapter 11 on 4/16/04 and was converted to a case under chapter 7 on 10/20/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Door Wizard, L.L.C.
dba Ornamental Metals Group, dba O & G Industries, Inc.
P.O. Box 3150
New Haven, CT 06515

| Case Number:* | Taxpayer ID Nos.: |
|---|---|
| 04-31809 asd | 06-1397969 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Peter L. Ressler<br>Groob Ressler & Mulqueen<br>123 York Street, Ste 1B<br>New Haven, CT 06511-0001<br>Telephone number: (203) 777-5741 | Richard M. Coan<br>Telephone number: |

### Meeting of Creditors:
Date: **December 8, 2004**     Time: **10:00 AM**
Location: **Bankruptcy Meeting Room, One Century Tower, 265 Church Street, Suite 1104, New Haven, CT 06510-7017**

### Deadlines to File a Proof of Claim:
Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
### FILE PROOFS OF CLAIM WITH THE COURT

| For all creditors (except a governmental unit): **3/8/05** | Governmental agencies who wish to file a proof of claim should do so within 180 days from the date the Order for Relief was entered. |
|---|---|

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1

| Address of the Bankruptcy Clerk's Office:<br>Connecticut Financial Center<br>157 Church Street<br>18th Floor<br>New Haven, CT 06510<br>Telephone number: 203-773-2009<br>NOTE: VCIS 24 hour information Toll Free: 1-800-800-5113 | For the Court:<br>Clerk of the Bankruptcy Court:<br><br>*Deborah S. Hunt* (signature)<br><br>Deborah S. Hunt |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 11/17/04 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

TRUSTEES OF THE IRON WORKERS LOCALS 15 ET AL

                                                  Civil Action No.
                                                  3:02-CV-1826 (JBA)
                      PLAINTIFFS

vs.

JEFFREY LEIBOWITZ d/b/a                             February 28, 2005
ORNAMENTAL METALS GROUP

                      DEFENDANT

---

### AFFIDAVIT

I, Jeffrey Leibowitz being first duly sworn, deposes and says:

1. I am over the age of 18 years of age.

2. I believe in the obligation of an oath.

3. I am the defendant in the above-captioned case.

4. I have received Attorney Howard P. Brown's Motion to Withdraw as Counsel in the above-captioned case.

5. I consent to and have no objection to the Motion to Withdraw being granted.

6. Attorney Brown has explained to me and I understand that this matter is scheduled for an Order for Examination of Notice on March 7, 2005.at 9:30 A.M. at 141 Church Street, New Haven, CT

7. Attorney Brown has explained to me and I understand that unless I file a pro se appearance to represent myself or have another attorney file an appearance I will not receive notices from the Court or the other side, I may have court orders against me, I may be defaulted or nonsuited and the Motion to Withdraw as Counsel will be granted.

8. I sign this affidavit with full notice and understanding of the aforementioned and sign this of my own free will.

_____
Jeffrey Leibowitz

Subscribed and sworn to before me this 4th day of March, 2005

_____
Notary/~~Commissioner of the Superior Court~~

LaTanya L. Dillard
Notary Public
My Commission Expires: 3/31/08