UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND<br><br>Plaintiffs<br><br>vs.<br><br>JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP<br><br>Defendant | Civil Action No.<br>3:02-CV-1826 (JBA)<br><br><br><br>March 21, 2005 |

## MOTION TO HOLD THE ISSUANCE OF A CAPIAS IN ABEYANCE

On January 10, 2005, counsel for the Plaintiffs filed a Petition to Examine the Judgment Debtor, Jeffrey Leibowitz. The Court granted that Petition and set March 7, 2005 as the date for the Examination. Defendant, Jeffrey Leibowitz was served in-hand by a State Marshal on February 28, 2005. Despite being served, the Defendant failed to show for the Examination of Judgment Debtor hearing on March 7, 2005.

Counsel for the Defendant appeared in Court and filed a Motion to Withdraw as attorney for the Defendant, which the Court approved on March 17, 2005. In addition, counsel for the Defendant filed a Notice of Bankruptcy as to Door Wizard, LLC d/b/a Ornamental Metals Group d/b/a/ O &G Industries. As a result of the Defendant's failure to appear in Court, Plaintiffs' counsel requested that the Court issue a capias

for Jeffrey Leibowitz. The Court had concerns as to whether the bankruptcy case applied to Mr. Leibowitz and requested Plaintiffs' counsel to address the issue with the Court by March 21, 2005.

For the reasons that follow, Plaintiffs' counsel respectfully requests that the Court temporarily postpone the issuance of a capias. Counsel for the Plaintiffs has filed an Appearance in the Bankruptcy case identified by Defendant's counsel (See Exhibit 1). Counsel for the Plaintiffs has also filed a Motion with the Bankruptcy Court requesting relief from the automatic stay as to Jeffrey Leibowitz (See Exhibit 2).

Counsel respectfully requests this Court to postpone the issuance of a capias until such time as the Bankruptcy Court rules on the Motion for Relief from Automatic Stay.

THE PLAINTIFFS,

By: /s/ Thomas M. Brockett
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873

## CERTIFICATION

I hereby certify that a copy of the foregoing Petition for Examination of Judgment Debtor and Order for Examination and Notice have been mailed, first-class and postage prepaid, this 21st day of March 2005 to the following:

Jeffrey Leibowitz d/b/a/
ORNAMENTAL METALS GROUP
39 Cleveland Road
New Haven, CT 06515

Jeffrey Leibowitz
P. O. Box 3150
New Haven, CT 06515

*[signature]*
THOMAS M. BROCKETT

TMB.IRONWORKERS.ORNAMENTAL METALS.2005
Motion to Postpone Issuance of Capias 3-20-05

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719