FILED

2005 MAR 22 P 1:31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND<br><br>Plaintiffs<br>vs.<br><br>JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP<br><br>Defendant | Civil Action No. 3:02-CV-1826 (JBA)<br><br><br><br><br>March 21, 2005 |

## **MOTION TO HOLD THE ISSUANCE OF A CAPIAS IN ABEYANCE**

On January 10, 2005, counsel for the Plaintiffs filed a Petition to Examine the Judgment Debtor, Jeffrey Leibowitz. The Court granted that Petition and set March 7, 2005 as the date for the Examination. Defendant, Jeffrey Leibowitz was served in-hand by a State Marshal on February 28, 2005. Despite being served, the Defendant failed to show for the Examination of Judgment Debtor hearing on March 7, 2005.

Counsel for the Defendant appeared in Court and filed a Motion to Withdraw as attorney for the Defendant, which the Court approved on March 17, 2005. In addition, counsel for the Defendant filed a Notice of Bankruptcy as to Door Wizard, LLC d/b/a Ornamental Metals Group d/b/a/ O &G Industries. As a result of the Defendant's failure to appear in Court, Plaintiffs' counsel requested that the Court issue a capias

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719