UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND<br><br>Plaintiffs<br><br>vs.<br><br>JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP<br><br>Defendant | Civil Action No.<br>3:02-CV-1826 (JBA)<br><br><br><br><br><br><br><br><br>May 10, 2005 |

### MOTION TO ISSUE CAPIAS AS TO DEFENDANT JEFFREY LEIBOWITZ

Pursuant to a Court Order for March 7, 2005, the Defendant, Jeffrey Leibowitz, failed to show for the Examination of Judgment Debtor hearing on March 7, 2005.

Counsel for the Defendant appeared in Court and filed a Motion to Withdraw as Counsel for the Defendant, which the Court approved on March 17, 2005. In addition, counsel for the Defendant filed a Notice of Bankruptcy as to Door Wizard, LLC d/b/a Ornamental Metals Group d/b/a/ O &G Industries. As a result of the Defendant's failure to appear in Court, Plaintiffs' counsel requested that the Court issue a capias for Jeffrey Leibowitz. The Court had concerns as to whether the bankruptcy case applied to Mr. Leibowitz and requested Plaintiffs' counsel to address the issue with the Court by March

21, 2005. On March 21, 2005, counsel for the Plaintiffs filed a Motion requesting that the Court hold the Issuance of a Capias in abeyance pending a ruling by the Bankruptcy Court for relief from the Automatic Stay. The Court granted Plaintiffs' Motion. At the same time, Plaintiffs filed a Motion for Relief from the Automatic Stay with the Bankruptcy Court. On April 20, 2005, the Honorable Albert S. Dabrowski, Chief United States Bankruptcy Judge signed an Order granting Plaintiffs' relief from the Automatic Stay (see Exhibit A).

Based on the above, Plaintiffs respectfully request this Court to issue a Capias for Defendant Jeffrey Leibowitz.

THE PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873
e-mail: tbrockett@cheverielaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion to Issue Capias as to Defendant, Jeffrey Leibowitz has been mailed, first-class and postage prepaid, this 10th day of May 2005 to the following:

Jeffrey Leibowitz d/b/a/
ORNAMENTAL METALS GROUP
39 Cleveland Road
New Haven, CT 06515

Jeffrey Leibowitz
P. O. Box 3150
New Haven, CT 06515

_____
THOMAS M. BROCKETT

TMB.IRONWORKERS.ORNAMENTAL METALS.2005
Motion for issuance of Capias 5-9-05

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>DOOR WIZARD, L.L.C. d/b/a<br>ORNAMENTAL METALS GROUP,<br>d/b/a O & G INDUSTRIES, INC.<br><br>Debtor | Chapter 7<br>No. 04-31809<br><br>Re: Doc. I.D. No. 46 |

### ORDER FOR RELIEF FROM AUTOMATIC STAY

Upon the Trustees of the Iron Workers' Locals 15 and 424 Pension Fund; Trustees of the Iron Workers' Locals 15 and 424 Annuity Fund; Trustees of the Iron Workers' Locals 15 and 424 Extended Benefit Fund; Trustees of the Iron Workers' Locals 15 and 424 Apprentice Training Fund's Motion for Relief from the Automatic Stay (the "Motion"), and following notice and a hearing held April 20, 2005, it is hereby

ORDERED, ADJUDGED AND DECREED that

If and to the extent applicable, the automatic stay of Section 362(a) is modified to permit the Trustees of the Iron Workers' Locals 15 and 424 Pension Fund; Trustees of the Ironworkers' Locals 15 and 424 Annuity Fund; Trustees of the Iron Workers' Locals 15 and 424 Extended Benefit Fund; Trustees of the Iron Workers' Locals 15 and 424 Apprentice Training Fund to proceed against Mr. Jeffrey Leibowitz in accordance with applicable non-bankruptcy law as requested in the Motion.

/s/ Albert S. Dabrowski   4/20/05
ALBERT S. DABROWSKI
CHIEF UNITED STATES BANKRUPTCY JUDGE

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

042966