UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**TRUSTEES OF THE IRON WORKERS'** :

**V.**                              : NO. 3:02cv1826 (JBA)

**LEIBOWITZ d/b/a ORNAMENTAL**
**METALS GROUP**                    :

## ENDORSEMENT ORDER [DOC. #27]

Motion to Issue Capias as to Defendant Jeffrey Leibowitz [doc. #27] is GRANTED in light of the Bankruptcy Court's Order granting Plaintiffs' Relief from the Automatic Stay (Dabrowski, J.).

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: June 8, 2005**