UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**TRUSTEES OF THE IRON WORKERS'** :

**V.**                          : NO. 3:02cv1826 (JBA)

**LEIBOWITZ d/b/a ORNAMENTAL
METALS GROUP**                  :

### ORDER VACATING ORDER OF REFERRAL [DOC. #9]

In the interest of justice, the Order of Referral [doc. #9] is hereby VACATED.

IT IS SO ORDERED.

  Janet Bond Arterton
  United States District Judge

**Dated at New Haven, Connecticut: June 8, 2005**