United States District Court
District of Connecticut

FILED
2005 JUN 10  A 11: 03
U.S. DISTRICT COURT
NEW HAVEN CT

| | | |
|---|---|---|
| TRUSTEES OF THE IRON WORKERS' | : | |
| | : | |
| v | : | CASE NO. 3:02CV1826(JBA) |
| | : | |
| LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP | : | |
| | : | |

### CAPIAS

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS DEPUTIES, GREETING:

It appearing that Jeffrey Leibowitz, c/o Ornamental Metals Group, 39 Cleveland Road, New Haven, CT 06515, was duly directed to appear before the United States District Court at New Haven, Connecticut, on March 7, 2005, or at such time of the commencement of the hearing on the motion for examination of judgment debtor in the above-named case, and that the said Jeffrey Leibowitz has failed to appear as required.

**NOW THEREFORE, YOU ARE COMMANDED TO** arrest Jeffrey Leibowitz and bring him forthwith before this Court to appear before the undersigned at 141 Church Street, , New Haven, Connecticut, to be dealt with according to law.

It is so ordered.

Dated at New Haven, Connecticut this 9th day of June, 2005.

Janet Bond Arterton
United States District Judge