FILED

2005 JUN 14 A 9:04

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND | Civil Action No. 3:02-CV-1826 (JBA) |
| Plaintiffs vs. | |
| JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP | June 13, 2005 |
| Defendant | |

## ORDER FOR EXAMINATION AND NOTICE

TO ANY PROPER OFFICER:

The foregoing application having been presented to the Court, it is

Ordered that Jeffrey Leibowitz d/b/a Ornamental Metals Group at 11 Davis Road, Woodbridge, Connecticut 06525 appear before the undersigned Janet Bond Arterton, Judge of the United States District Court for the District of Connecticut at New Haven, Connecticut on July 13, 2005 at 10:00 AM then and there to be examined under oath concerning its property and means of paying the Judgment described in the Application.

NOW, THEREFORE, by authority of the United States of America, you are hereby commanded to give notice of the pendency of the application and summon the judgment

debtor to appear at the place, date and time set for the examination by serving on him, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing application and of this Order at least __14 Calendar__ days before the date of the hearing.

Hereof fail not, but due service and return make.

Dated at __New Haven__, Connecticut, this __13th__ day of __June__, 2005.

_____
JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE