UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND<br><br>Plaintiffs<br><br>vs.<br><br>JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP<br><br>Defendant | Civil Action No.<br>3:02-CV-1826 (JBA)<br><br><br><br><br><br><br><br><br>June 13, 2005 |

### ORDER FOR EXAMINATION AND NOTICE

TO ANY PROPER OFFICER:

The foregoing application having been presented to the Court, it is

Ordered that Jeffrey Leibowitz d/b/a Ornamental Metals Group at 11 Davis Road, Woodbridge, Connecticut 06525 appear before the undersigned Janet Bond Arterton, Judge of the United States District Court for the District of Connecticut at New Haven, Connecticut on July 13, 2005 at 10:00 AM then and there to be examined under oath concerning its property and means of paying the Judgment described in the Application.

NOW, THEREFORE, by authority of the United States of America, you are hereby commanded to give notice of the pendency of the application and summon the judgment

debtor to appear at the place, date and time set for the examination by serving on him, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing application and of this Order at least __14 Calendar__ days before the date of the hearing.

Hereof fail not, but due service and return make.

Dated at __New Haven__, Connecticut, this __13th__ day of __June__, 2005.

_____
JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND<br><br>Plaintiffs<br><br>vs.<br><br>JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP<br><br>Defendant | Civil Action No.<br>3:02-CV-1826 (JBA)<br><br><br><br><br><br>January 10, 2005 |

### PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

TO THE HONORABLE JANET BOND ARTERTON, UNITED STATES DISTRICT JUDGE:

The undersigned respectfully represents:

1. That the Plaintiffs recovered a Judgment against Jeffrey Leibowitz d/b/a Ornamental Metals Group, a Connecticut corporation with a principal place of business at 11 Davis Road, Woodbridge, Connecticut 06525 in the United States District Court for the District of Connecticut at New Haven on February 10, 2003 for *$4,091.31*.

2. Defendants made a partial payment in the amount of *$250.$^{00}$* on or about February 7, 2003, leaving a balance in the amount of *$3,841.31*.

3. On or about August 18, 2003, Plaintiffs filed a Motion to Examine the Judgment Debtor. That Motion was granted and the Court set a date for November 13,

2003. Subsequently, the Defendant obtained counsel. The parties reached a Settlement Agreement and the Petition was withdrawn.

4. The Defendant has breached the Settlement Agreement and a Bank Execution has been unsuccessful.

5. Despite demand correspondence, Defendants have failed and refused to pay any additional amounts.

WHEREFORE, the Plaintiffs request, pursuant to Fed.R.Civ.P. 69(a) and Connecticut General Statutes Sec. 52-397, that the Defendant, Jeffrey Leibowitz, as Judgment Debtor, be ordered to appear before this Court or some other judge of the United States District Court or before a committee appointed by you, in said United States District Court, then and there to be examined on oath concerning his property and the property of Ornamental Metals Group and their collective means of paying the balance of this Judgment.

THE PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873

I hereby certify that the foregoing is a true copy of the original document on file. Date: 6/14/05

KIRAN F. ROWE
Clerk
By: _____
Deputy Clerk

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND | Civil Action No. 3:02-CV-1826 (JBA) |
| Plaintiffs | |
| vs. | |
| JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP | January 10, 2005 |
| Defendant | |

### ORDER FOR EXAMINATION AND NOTICE

TO ANY PROPER OFFICER:

The foregoing application having been presented to the Court, it is

Ordered that Jeffrey Leibowitz d/b/a Ornamental Metals Group at 11 Davis Road, Woodbridge, Connecticut 06525 appear before the undersigned or before _____, Judge of the United States District Court for the District of Connecticut at _____, Connecticut on _____, 2005 at _____ AM/PM then and there to be examined under oath concerning its property and means of paying the Judgment described in the Application.

NOW, THEREFORE, by authority of the United States of America, you are hereby commanded to give notice of the pendency of the application and summon the judgment debtor to appear at the place, date and time set for the examination by serving on him, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing application and of this Order at least _____ days before the date of the hearing.

Hereof fail not, but due service and return make.

Dated at _____, Connecticut, this _____ day of _____, 2005.


_____
JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I hereby certify that a copy of the foregoing Petition for Examination of Judgment Debtor and Order for Examination and Notice have been mailed, first-class and postage prepaid, this 10th day of January 2005 to the following:

Jeffrey Leibowitz d/b/a/
ORNAMENTAL METALS GROUP
11 Davis Road
Woodbridge, CT 06525

THOMAS M. BROCKETT

TMB.IRONWORKERS.ORNAMENTAL METALS.2005
Petition for Examination of Judgment Debtor 1-10-05

STATE OF CONNECTICUT  )                           July 1, 2005
                      ) SS:  NEW HAVEN
COUNTY OF NEW HAVEN   )

       Then and there by virtue hereof, and at the special direction of the Plaintiff's Attorney, on June 29, 2005, I left a true and attested copy of the original Order for Examination and Notice at the usual place of abode of:

JEFFREY LEIBOWITZ D/B/A ORNAMENTAL METALS GROUP
39 CLEVELAND ROAD *[and not 11 Davis Road, Woodbridge, CT 06525 as ascertained by Marshal at time of service with wife and father of defendant]*
NEW HAVEN, CT 06515
with my endorsements thereon.

       The within and foregoing is the original Order for Examination and Notice with my doings hereon endorsed.

Fees:                                             Attest:
Service............................. $ 30.00
Copies................................. 7.00
Endorsements ........................... .80
Mileage............................... 10.00
Total                       $ 47.80
                                            Susan L. Voigt
                                            CT State Marshal - New Haven County