UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 PENSION FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 ANNUITY FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 EXTENDED BENEFIT FUND; TRUSTEES OF THE IRON WORKERS' LOCALS 15 AND 424 APPRENTICE TRAINING FUND<br><br>Plaintiffs<br><br>vs.<br><br>JEFFREY LEIBOWITZ d/b/a ORNAMENTAL METALS GROUP<br><br>Defendant | Civil Action No.<br>3:02-CV-1826 (JBA)<br><br><br><br><br><br>July 18, 2005 |

### SATISFACTION OF JUDGMENT

On or about February 10, 2003, Plaintiffs Trustees of the Iron Workers' Locals 15 and 424 Pension Fund; Trustees of the Iron Workers' Locals 15 and 424 Annuity Fund; Trustees of the Iron Workers' Locals 15 and 424 Extended Benefit Fund; Trustees of the Iron Workers' Locals 15 and 424 Apprentice Training Fund obtained a Judgment in the above-captioned matter in the amount of **Four Thousand Ninety-One Dollars and Thirty-One Cents ($4,091.31).**

The Judgment has been complied with. At the time of compliance, Plaintiffs were the owner of the Judgment and were entitled to receive such payment.

**THEREFORE**, in consideration of payment of the Judgment, which included contributions, costs, etc., the receipt of which is hereby acknowledged, Plaintiffs, as the legal owner and holder of the Judgment, acting herein by and through Thomas M. Brockett, their duly authorized attorney of record, hereby release and discharge to Jeffrey Leibowitz d/b/a Ornamental Metals Group, its heirs, successors and assigns, all of the rights, title and interest in and to the Judgment, which Plaintiffs have or may have therein, and hereby declare the Judgment fully satisfied.

Executed at East Hartford, Connecticut, this 18th day of July 2004.

_____
Thomas M. Brockett

APPROVED this _____ day

of _____ 2005

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Satisfaction of Judgment has been mailed, first-class and postage prepaid, this 18th day of July 2004 to the following:

Jeffrey Leibowitz d/b/a
ORNAMENTAL METALS GROUP
39 Cleveland Road
New Haven, CT 06515

Peter L. Ressler, Esq.
GROOB, RESSLER & MULQUEEN
123 York Street #1B
P.O. Box 49
New Haven, CT 06501-0049

*[signature]*
THOMAS M. BROCKETT

TMB.IRONWORKERS.ORNAMENTAL METALS.2005
Satisfaction of Judgment. 7-18-05

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719